IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST.LOUIS DIVISION

| | | |
|---|---|---|
| FIRAS M. AYOUBI | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO: 18-cv-1806 |
| vs. | § | |
| | § | Honorable J. Phil Gilbert |
| | § | United States District Judge |
| HANESBRANDS INC, ET AL. | § | |
| | § | Honorable Mark A. Beatty |
| Defendants. | § | United States Magistrate Judge |

PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Now comes the Plaintiff Firas Ayoubi and respectfully responds to the Honorable courts order, which ordered him to show cause why the case should not be dismissed without prejudice for failure to effectuate service within 90 days of filing the complaint. For the reasons stated herein, plaintiff requests the Honorable court grant him leave to effectuate service upon the defendants because plaintiff had a mistaken belief that the PLRA applied to this case as it related to effectuating service by the U.S.Marshall.

Plaintiff prays the Honorable court give him excusable neglect on this issue because he mistakenly believed the PLRA's provision on 1915(A) review and ultimately, service by the U.S.Marshal applied to this case. He further mistakenly believed that any limitation period for effecting service on the defendants was tolled until the Honorable court made a 1915(A) threshold review.

Plaintiff respectfully requests the Honorable court consider his filed amended complaint, and completed motion for service of process at government expense and his clear lack of knowledge in that area of a already complex law as a pro se litigant as reasonable grounds to grant him excusable neglect.

Plaintiff prays the Honorable court grant him the opportunity to effectuate service in light of his filing of an amended complaint and consider his motion for service of process at government expense.

March 14, 2019

RESPECTFULLY SUBMITTED,

S/ *[signature]*

Firas Ayoubi #R66956
Dixon C.C.
2600 N Brinton
Dixon, IL, 61021

CERTIFICATE OF SERVICE

This is to certify that Plaintiff was unable to effectuate service of the foregoing "PLAINTIFFS RESPONSE TO SHOW CAUSE ORDER" in light of the defendants not having been served with summons and complaint nor have any attorneys filed appearances on their behalf.

s/ [signature]

Firas Ayoubi #R66956
Dixon C.C.
2600 N Brinton
Dixon, IL, 61021

ıl correspondence
≡₹₦₩₮₴ F.M.A
3/15/19

Firas [illegible]
#R66956
Dixon C.C.
2600 N. Brinton Ave
Dixon, IL, 61021

United States District Court
Attn: Clerk of court

PPPM 750 Missouri Ave
East St. Louis, IL, 62201

RECEIVED

Case 3:18-cv-01806-JPG-MAB   Document 9   Filed 03/22/19   Page 5 of 5   Page ID #54