UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRAS M. AYOUBI,<br><br>    Plaintiff,<br><br>v.<br><br>HANESBRANDS INC., KEEFE GROUP LLC, ACCESS CATALOGUE COMPANY and FILA SPORTING GOODS COMPANY,<br><br>    Defendants. | Case No. 18-cv-1806-JPG-MAB |

## **JUDGMENT**

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**DATED:** April 9, 2019        **MARGARET M. ROBERTIE, Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**